**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2358**

MELVIN RICHARD ROBINSON, III,

             Plaintiff - Appellant,

        v.

ANDREW SAUL,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Kenneth D. Bell, District Judge.  (1:20-cv-00358-KDB)

Submitted:  February 23, 2021                         Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Melvin Richard Robinson, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Richard Robinson, III, seeks to appeal the district court's order denying his motion for appointment of counsel and motion to expedite the district court proceedings regarding the denial of his application for disability benefits. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Robinson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*